IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:12CR72 |
| | § | |
| MICHAEL EDWARD NEGRETTE | § | |
| CORY HAYS SLAPE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge. On May 6, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Michael Negrette's Motion to Suppress Written and Oral Statements (Dkt. 57) and Defendant Cory Slape's Motion to Suppress (Dkt. 62) be DENIED.

There being no objections filed by Defendants,[1] the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant Michael Negrette's Motion to Suppress Written and Oral Statements (Dkt. 57) and Defendant Cory Slape's Motion to Suppress (Dkt. 62) are **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this the 10th day of May, 2013.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1] In light of the current trial setting and date the motions were filed, the parties consented to shortening the objection period to 48 hours after entry of the report and recommendations.